No. 95–9265. ADIGWU v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–9266. GONZALES v. WRIGHT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 95–9267. GEORGE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–9268. HINES v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 95–9269. HARRIS v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–9270. ANDRADE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–9271. HAWKINS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–9272. FELLS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–9273. HUDSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 95–9274. GULLETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–9275. NANCE v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 95–9276. LOPEZ v. SCOTT. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–9277. EVANS v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–9278. GIRALDO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–9279. HELTON v. TURNER, WARDEN. C. A. 6th Cir. Certiorari denied.